

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
THE STATE OF OKLAHOMA

STATE OF OKLAHOMA,

    Plaintiff,

vs.

Martin Vargas Jr.
    Defendant.
DOB: ▓▓▓▓▓▓

SS#: xxx-xx-2858

No. CF-2011-5182

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

JUL 0 3 2012

PATRICIA PRESLEY, COURT CLERK
By_____ DEPUTY

## JUDGMENT AND SENTENCE

Now, on this 12 day of June, 2012, this matter comes on before the undersigned Judge, for sentencing and the Defendant, Martin Vargas Jr., appears personally and by Attorney Erin Maxwell, the State of Oklahoma represented by Emily Harrelson, and the Defendant, having previously:

(x) Entered a plea of guilty
to/of the crime(s) of:

| | Statutory Reference |
|---|---|
| Count 1: Rape I AFCF | 21 O.S. 1111 |
| Count 2: Forcible Oral Sodomy AFCF | 21 O.S. 888 |
| Count 3: Burglary I AFCF | 21 O.S. 1431 |

(X)    The defendant has previously been convicted of 01 felony crimes and the sentence has not been enhanced in accordance with the provisions set forth in 21 O.S. 51; and,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court that the Defendant, Martin Vargas Jr., is guilty of the above described offenses and is sentenced as follows:

### TERM OF IMPRISONMENT WITH EXECUTION OF SENTENCE SUSPENDED IN PART

COUNT    SENTENCED TO A TERM OF

1    Fifty year (suspended sentence except for the first forty years to do with CFTS)

2    Fifty year suspended sentence except for the first forty years to do with CFTS)

3    Fifty year (suspended sentence except for the first forty years to do with CFTS)

with all except the first 40 suspended under the custody and control of:

(X) Oklahoma Department of Corrections; or
pursuant to the rules and conditions of probation entered by the court.

These term(s) to be served as follows (concurrent): with CM-11-3172, CF-11-4025, CF-11-5183, and CF-12-712. Credit for time served.

EXHIBIT 2

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED BY THE COURT** that in addition to the preceding terms, the Defendant is also sentenced to:

## FINE

(X) The defendant shall pay a fine of $50.00
(X) immediately.

## COSTS, VCA, RESTITUTION

(X) The defendant shall pay costs, fees, and restitution in accordance with the schedule attached as Exhibit A.

## RULES AND CONDITIONS OF PROBATION

The rules and conditions of probation as ordered by the court and signed by the defendant, acknowledging his/her understanding of the rules and conditions, are incorporated as Exhibit B.

## HEARING ON ABILITY TO PAY AFTER INCARCERATION

(X) The defendant shall report to the District Court of Oklahoma County within ONE day of release for a hearing on the defendant's ability to pay fines and costs pursuant to Section VIII of the Rules of the Court of Criminal Appeals, 22 O.S., Ch. 18, App.

**IT IS FURTHER ORDERED** that judgment is hereby entered against the Defendant as to the fines, costs and assessments set forth above.

**The Court further advised the Defendant** that, in the event the above sentence is for a crime involving domestic violence where the Defendant is or was a spouse, intimate partner, parent, or guardian of the victim or is or was involved in another similar relationship with the victim, it may be unlawful for him or her to possess, purchase, receive, transport or ship a firearm including a rifle, pistol or revolver or ammunition pursuant to federal law under 18 U.S.C. Section 992(g)(8) or (9), or state law, or both.

**The Court further advised the Defendant** of his/her rights and procedure to appeal to the Court of Criminal Appeals of the State of Oklahoma, and that if he/she desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State subject to reimbursement of the cost of representation in accordance with Sec. 1355.14 of Title 22.

In the event the above sentence is for incarceration in the Department of Corrections, the Sheriff of Oklahoma County, Oklahoma, is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to serve as warrant and authority for the imprisonment of the Defendant as provided herein. A second copy of this Judgment and Sentence to be warrant and authority of the Sheriff for the transportation and imprisonment of the Defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his proceedings endorsed thereon.
Witness my hand the day and year first above mentioned.

LARRY A. JONES

(SEAL)          JUDGE OF THE DISTRICT COURT

ATTEST:
                _____
                Court Clerk
                _____
                Deputy Clerk


## CLERK'S CERTIFICATION OF COPIES

I, _____, Clerk of the District Court of Oklahoma County, State of Oklahoma, do hereby certify the foregoing to be true, correct, full and complete copy of the original Judgment and Sentence in the case of the State of Oklahoma vs. Martin Vargas Jr. as the same appears of record in my office.

WITNESS my hand and official seal this ___ day of _____, 2012.

(SEAL)
                _____
                Court Clerk
By:
                _____
                Deputy Court Clerk


## SHERIFF'S RETURN

I received this Judgment and Sentence the ___ day of _____, 2012, and executed it by delivering the Defendant to the Warden of the Lexington Assessment and Reception Center at Lexington, Oklahoma, on the ___ day of _____, 2012. I also certify the above prisoner has served ___ days in the County Jail on the present charge or charges.

_____
Sheriff

_____
Deputy Sheriff



IN THE DISTRICT COURT OF OKLAHOMA COUNTY
THE STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
)
Plaintiff, )
) No. CF-2012-712
vs. )
)
Martin Vargas Jr. )
Defendant. )

DOB: ███

SS#: xxx-xx-2858

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY OKLA.

JUL 03 2012

PATRICIA PRESLEY, COURT CLERK

**JUDGMENT AND SENTENCE** by _____
                                                    DEPUTY

Now, on this 12 day of June, 2012, this matter comes on before the undersigned Judge, for sentencing and the Defendant, Martin Vargas Jr., appears personally and by Attorney Erin Maxwell, the State of Oklahoma represented by Emily Harrelson, and the Defendant, having previously:

(x) Entered a plea of guilty
to/of the crime(s) of:

|  | Statutory Reference |
|---|---|
| Count 1: Rape I AFCF | 21 O.S. 1111 |
| Count 2: Forcible Oral Sodomy AFCF | 21 O.S. 888 |
| Count 3: Rape in second degree by instrumentation AFCF | 21 O.S. 1111 |
| Count 4: Burgulary I AFCF | 21 O.S. 1431 |

(X) The defendant has previously been convicted of 01 felony crimes and the sentence has not been enhanced in accordance with the provisions set forth in 21 O.S. 51; and,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by the Court that the Defendant, Martin Vargas Jr., is guilty of the above described offenses and is sentenced as follows:

### TERM OF IMPRISONMENT WITH EXECUTION OF SENTENCE SUSPENDED IN PART

COUNT   SENTENCED TO A TERM OF

1   Fifty year suspended sentence except for the first forty years to do with CFTS

2   Fifty year suspended sentence except for the first forty years to do with CFTS

3   Fifty year suspended sentence except for the first forty years to do with CFTS

4   Fifty year suspended sentence except for the first forty years to do with CFTS

with all except the first 40 suspended under the custody and control of:

(X) Oklahoma Department of Corrections; or
pursuant to the rules and conditions of probation entered by the court.

These term(s) to be served as follows (concurrent): with CM-11-3172, CF-11-4025, CF-11-5183, and CF-11-5182. Credit for time served.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED BY THE COURT** that in addition to the preceding terms, the Defendant is also sentenced to:

### FINE

(X) The defendant shall pay a fine of $50.00
(X) immediately.

### COSTS, VCA, RESTITUTION

(X) The defendant shall pay costs, fees, and restitution in accordance with the schedule attached as Exhibit A.

### RULES AND CONDITIONS OF PROBATION

The rules and conditions of probation as ordered by the court and signed by the defendant, acknowledging his/her understanding of the rules and conditions, are incorporated as Exhibit B.

### HEARING ON ABILITY TO PAY AFTER INCARCERATION

(X) The defendant shall report to the District Court of Oklahoma County within ONE day of release for a hearing on the defendant's ability to pay fines and costs pursuant to Section VIII of the Rules of the Court of Criminal Appeals, 22 O.S., Ch. 18, App.

**IT IS FURTHER ORDERED** that judgment is hereby entered against the Defendant as to the fines, costs and assessments set forth above.

**The Court further advised the Defendant** that, in the event the above sentence is for a crime involving domestic violence where the Defendant is or was a spouse, intimate partner, parent, or guardian of the victim or is or was involved in another similar relationship with the victim, it may be unlawful for him or her to possess, purchase, receive, transport or ship a firearm including a rifle, pistol or revolver or ammunition pursuant to federal law under 18 U.S.C. Section 992(g)(8) or (9), or state law, or both.

**The Court further advised the Defendant** of his/her rights and procedure to appeal to the Court of Criminal Appeals of the State of Oklahoma, and that if he/she desired to appeal and was unable to afford counsel and a transcript of the proceedings, that the same would be furnished by the State subject to reimbursement of the cost of representation in accordance with Sec. 1355.14 of Title 22.

In the event the above sentence is for incarceration in the Department of Corrections, the Sheriff of Oklahoma County, Oklahoma, is ordered and directed to deliver the Defendant to the Lexington Assessment and Reception Center at Lexington, Oklahoma, and leave therewith a copy of this Judgment and Sentence to serve as warrant and authority for the imprisonment of the Defendant as provided herein. A second copy of this Judgment and Sentence to be warrant and authority of the Sheriff for the transportation and imprisonment of the Defendant as herein before provided. The Sheriff to make due return to the Clerk of this Court, with his proceedings endorsed thereon.
Witness my hand the day and year first above mentioned.

(SEAL)

_____
LARRY A. JONES
JUDGE OF THE DISTRICT COURT

ATTEST:

Court Clerk
_____
Deputy Clerk

## CLERK'S CERTIFICATION OF COPIES

I, _____, Clerk of the District Court of Oklahoma County, State of Oklahoma, do hereby certify the foregoing to be true, correct, full and complete copy of the original Judgment and Sentence in the case of the State of Oklahoma vs. Martin Vargas Jr. as the same appears of record in my office.

WITNESS my hand and official seal this ___ day of _____, 2012.

(SEAL)

By: _____
Court Clerk

_____
Deputy Court Clerk

## SHERIFF'S RETURN

I received this Judgment and Sentence the ___ day of _____, 2012, and executed it by delivering the Defendant to the Warden of the Lexington Assessment and Reception Center at Lexington, Oklahoma, on the ___ day of _____, 2012. I also certify the above prisoner has served ___ days in the County Jail on the present charge or charges.

_____
Sheriff

_____
Deputy Sheriff